ORIGINAL

ORIGINAL

1  Jamil Karwash bar no. 240796
   One Kaiser Plaza, Suite 2300
2  Oakland, California 94612-3642
   Tel No. (510) 836-0100
3  Fax. No. (510) 832-3690

4  Attorney for Plaintiff

## United States District Court
### Northern District of California

| | |
|---|---|
| FELIPE ANTONIO RAMOS,<br><br>    Plaintiff,<br>vs.<br><br>CITY OF HAYWARD, HAYWARD POLICE DEPARTMENT, R.SOUZA, and DOES 1 THROUGH 10,<br><br>    Defendants. | Case No. C09-01556 SI<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated, by and between Jamil F. Karwash, attorney for Plaintiff, and Daniel Steven Connolly, attorney for defendants City of Hayward, Hayward Police Department, and R. Souza that this action may be dismissed with prejudice and that each side will bear their own costs.

3/25/10
 (date)

Jamil F. Karwash
Attorney for Plaintiff

Felipe Antonio Ramos, Plaintiff

I consent to the dismissal:

3/30/10
 (date)

Daniel Steven Connoly
Attorney for Defendants City of Hayward, Hayward Police Department, and R. Souza

IT IS SO ORDERED
Judge Susan Illston

1
Stipulation for Dismissal with Prejudice